CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

RICHARD MORIN (SBN: 285275)
legal@rickmorin.net
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Telephone: (916)333-2222
Facsimile: (916)273-8956
Attorneys for Defendant
Kevin Griffin, Candi L. Griffin and Weiss Fitness Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN GRIFFIN, in individual and representative capacity as trustee of The Griffin Family Trust Agreement dated April 9, 2015; CANDI L. GRIFFIN, in individual and representative capacity as trustee of The Griffin Family Trust Agreement dated April 9, 2015; WEISS FITNESS INC., a California Corporation; and Does 1-10,<br><br>Defendants. | Case: 3:20-CV-00298-JSC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 24, 2020         CENTER FOR DISABILITY ACCESS

                               By: /s/ Amanda Seabock
                                   Amanda Seabock
                                   Attorneys for Plaintiff

Dated: August 24, 2020         LAW OFFICE OF RICK MORIN, PC

                               By: /s/ Richard Morin
                                   Richard Morin
                                   Attorneys for Defendants
                                   Kevin Griffin, Candi L. Griffin and
                                   Weiss Fitness Inc.

Dated; August 24, 2020

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for Kevin Griffin, Candi L. Griffin and Weiss Fitness Inc., and that I have obtained Mr. Morin's authorization to affix his electronic signature to this document.

Dated: August 24, 2020         CENTER FOR DISABILITY ACCESS

                               By: /s/ Amanda Seabock
                                   Amanda Seabock
                                   Attorneys for Plaintiff